IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL LEE KNOD,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:13-CV-1747-L** |
| | § | |
| **CITY OF IRVING, TEXAS, *et al.*,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 25, 2013, recommending that Plaintiff Daniel Lee Knod's ("Plaintiff") claims, under 42 U.S.C. § 1983, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's deadline to file objections to the Report was extended to December 13, 2013. Plaintiff filed objections to the Report and a motion to amend his pleadings on December 13, 2013.

After the motion to amend was denied by order dated December 19, 2013, Plaintiff filed a "Supplemental Declaration" on December 23, 2013, concerning another case in which he contends that he was denied the opportunity to be heard. To the extent that the Supplemental Declaration is intended to supplement Plaintiff's prior objections to the Report, it is untimely, was filed without leave of court, and did not contain an explanation as to why the information in the declaration could not have been filed along with Plaintiff's original objections within the extended time provided for filing objections. The court therefore does not consider it.

After reviewing the pleadings, file, the objections filed on December 13, 2013, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court.  Accordingly, the court **overrules** Plaintiff's objections, **dismisses with prejudice** Plaintiff's section 1983 claims against Defendants as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

**It is so ordered** this 31st day of December, 2013.

Sam A. Lindsay
United States District Judge

**Order – Page 2**